UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

VALNICE SILVA DOS SANTOS SOUZA, )
                                )
                                )   NO. 2:08-CV-00856-FCD (KJM)
                                )
    Plaintiff,                  )
                                )
    v.                          )
                                )
                                )
                                )
                                )
MICHAEL CHERTOFF, Secretary of the )   ORDER RE: PLAINTIFF'S *UNOPPOSED*
United States Department of Homeland )   MOTION TO VOLUNTARILY DISMISS
Security; EMILIO T. GONZALEZ, Director )   HER COMPLAINT
of the United States Citizenship and )
Immigration Services; CHRISTINA )
POULOS, Director of United States )
Citizenship and Immigration Service's )
California Service Center,       )
                                )
                                )
    Defendants.                 )
                                )
                                )
                                )
                                )
                                )

1

Plaintiff's Valnice Silva Dos Santos Souza unopposed motion to voluntarily dismiss her complaint is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: July 3, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2